# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 1, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157824(51)

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellee,

v

DERRICK DANIEL DAVIS,
　　　　　Defendant-Appellant.

_____/

SC: 157824
COA: 335155
Wayne CC: 16-004373-FC

　　　　On order of the Chief Justice, the motion of defendant-appellant to file a pro per supplement to the application for leave to appeal is GRANTED. The supplement submitted on May 24, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 1, 2018



Clerk